### THE REAL ESTATE TRUST COMPANY v. GURNEY P. HOOD, COMMISSIONER.

(Filed 15 March, 1933.)

APPEAL by defendant from *Clement, J.,* at August Term, 1932, of BUNCOMBE.

Civil action to establish preference, or priority of plaintiff's claim, to funds in hands of liquidating agent of insolvent bank.

From a judgment for plaintiff, the defendant appeals.

*Harkins, Van Winkle & Walton for plaintiff.*
*Johnson, Smathers & Rollins and T. A. Uzzell, Jr., for defendant.*

PER CURIAM. The facts in the instant case are so nearly identical with those appearing in the case of *Flack v. Hood, Comr., ante,* 337, as to be controlled by the same principles.

Affirmed.